

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Louis Cognata, Appellant

No. 06-12-00008-CV     v.

Down Hole Injection, Inc., Appellee

Appeal from the 145th District Court of Nacogdoches County, Texas (Tr. Ct. No. C21,875-2005). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Louis Cognata, pay all costs of this appeal.

RENDERED APRIL 16, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk